UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE, DIVISION

| | |
|---|---|
| In the Receivership of:<br><br>HUNTER HOSPITALITY LLC, a Wyoming Limited Liability Company.<br><br>---<br><br>Ralph and Mary Lynn Dorsten; Steven J. Schwartz, MD; Larry McCown, Richard E. Ward IRA; Dr. Dennis DiSantis IRA; Dianne H. Wood; Simon Singer; and John and Jane Does 1-50,<br><br>hereinafter "Category I Plaintiffs,"<br><br>Ralph Dorsten; Mary Lynn Dorsten; P. Bryan Sandeno, DMD Profit Sharing Plan; Steve Schwartz, MD; Paul Hackspiel; Joseph Albright Charitable Remainder Trust; Julia and Ray George; Janice Vollmer; Nannette Pecel; Carol Chaffin; Patricia Mobley IRA; Patricia Mobley; Constance Johnson IRA; Connie J. Tiede Living Trust; Mansfield Investment Partners; D.J. Mansfield IRA; Larry King IRA; Bobby and Mary Brooks Revocable Living Trust; Bobby W. Brooks; Johnny and Brenda Folsom; Richard E. Ward IRA; Dr. Dennis DiSantis IRA; Dirk De Vuyst; Larry McCown; Larry Pearcy; Patricia Mobley; James Tart IRA; Simon Singer; Dr. Richard Hart MD, Inc. Retirement Plan Trust; Saxe Alaska, LLC, as Assignee of the Saxe Investment Partners, LP, an Alaska limited liability company; Farmer Alaska, LLC, as Assignee of MK Farmer Investment Partners, Ltd., an Alaska limited liability company; For His Glory #2 LP; From My Heart, LLC; Penny McCoy Family Kingdom Foundation; True Gold, LLC; and John and Jane Does 51-200, | CASE NO. 15-cv-61235-BB<br><br><br><br><br><br>JOINDER BY DEFENDANTS SLF SERIES G, LLC, POMPANO WATERWAY DEVELOPMENT, LLC, SECURED LENDING FUND, LLC, NA-SLF, LLC, K-BRO ENTERPRISES, LLC, ZAMA, LLC AND LEE BROWER IN DEFENDANT BO BROWER'S NOTICE OF REMOVAL |

|  |  |
|---|---|
| hereinafter "Category II Plaintiffs," | ) |
| collectively, "Plaintiffs," | ) |
| vs. | ) |
| SLF Series G, LLC, Pompano Waterway Development, LLC; Secured Lending Fund, LLC; NA-SLF, LLC; K-Bro Enterprises LLC; Zama, LLC; Pompano Waterway Development, LLC; T Capital Partners, LLC, Lee Brower, Bo Brower, David Sheffield, Rick Bigelow and Private Consulting Group, Inc. | ) |
| (collectively "Issuer Defendants"), | ) |
| and | ) |
| Workmen's Development Group, LLC; Hillsborough Development, LLC; Hunter Hospitality, LLC; | ) |
| (collectively, "Fraudulent Conveyance Defendants"); | ) |
| and | ) |
| Pompano, LLC; SLF Investment Trust; EJH Enterprises, Inc.; Columbia Pacific Income Fund I, P.L.; Westcor Land Title Insurance Company; and James and Mary Roe Defendants 1-20; | ) |
| (collectively, "Competing Interest Defendants" herein), | ) |
| and | ) |
| Jack P. Rader, as Receiver appointed in Florida pursuant to Ancillary Proceedings in the matter of *In the Receivership of* Hunter Hospitality, LLC, a Wyoming limited | ) |

| | |
|---|---|
| liability company; | ) |
| | ) |
| ("Receiver" herein), | ) |
| | ) |
| Collectively, "Defendants." | ) |

Defendants, SLF Series G, LLC, Pompano Waterway Development, LLC, Secured Lending Fund, LLC, NA-SLF, LLC, K-Bro Enterprises, LLC, Zama, LLC, and Lee Brower hereby join in Defendant Bo Brower's Notice of Removal filed on June 10, 2015 [D.E. 1], which is hereby incorporated herein by reference. The undersigned will contemporaneously file a copy hereof, under a notice of the filing, in the state court case styled *Dorsten et al. vs. SLF Series G, LLC*, Case No. CACE 14-019625 (now consolidated with Case No. CACE 13-018807) in the 17th Judicial Circuit in and for Broward County, Florida.

Dated this 11th day of June, 2015.

Respectfully submitted,

*/s/ Gregg H. Metzger*
Gregg H. Metzger, Esq./836850
Email: gmetzger@feldmangale.com
**FELDMAN GALE**
One Biscayne Tower, 30th Floor
2 South Biscayne Blvd
Miami, FL 33131
Tel: 305.397.0802
Fax: 305.358.3309
*Attorneys for Defendants SLF Series G, LLC, Pompano Waterway Development, LLC, Secured Lending fund, LLC, NA-SLF, LLC, K-Bro Enterprises, LLC, Zama LLC and Lee Bower*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 11, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Gregg H/ Metzger*
Gregg H. Metzger