

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 0:15-CV-61235-BB

In the Receivership of:

HUNTER HOSPITALITY, LLC, a Wyoming
Limited Liability Company,
_____/

RALPH AND MARY LYNN DORSTEN, et al.,

        Plaintiffs,

vs.

SLF SERIES G, LLC, et al.,

        Defendants.
_____/

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Gregory M. Saylin, Esq., of the law firm of FABIAN CLENDENIN, with offices at 215 South State Street, Suite 1200, Salt Lake City, Utah 84111-2323, Telephone: (801) 531-8900, Facsimile: (801) 596-2814, for purposes of appearance as counsel on behalf of SLF Series G, LLC, Pompano Waterway Development, LLC, Secured Lending Fund, LLC, NA-Self, LLC, K-Bro Enterprises, LLC, ZAMA, LLC and Lee Brower in the above-styled case only, and pursuant to Rule 2B of the

CM/ECF Administrative Procedures, to permit Gregory M. Saylin, Esq., to receive electronic filings in this case, and in support thereof states as follows:

1. Gregory M. Saylin, Esq., is not admitted to practice in the Southern District of Florida and is a member in good standing of the Utah Bar.

2. Movant, Gregg H. Metzger, Esq., of the law firm of Feldman Gale, P.A., is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Gregory M. Saylin, Esq. has made payment of this Court's $75.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Gregory M. Saylin, Esq. by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Gregory M. Saylin, Esq. at email address: gsaylin@fabianlaw.com.

WHEREFORE, Gregg H, Metzger, Esq., moves this Court to enter an Order permitting Gregory M. Saylin, Esq., to appear before this Court on behalf of SLF Series G, LLC; Pompano Waterway Development, LLC; Secured Lending Fund, LLC; NA-Self, LLC; K-Bro Enterprises, LLC; ZAMA, LLC; and Lee Bower, for all purposes relating to the proceedings in the above-

styled matter and directing the Clerk to provide notice of electronic filings to Gregory M. Saylin, Esq.

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1A, the undersigned has conferred with counsel for Plaintiffs, who confirmed that Plaintiffs have no objection to the pro hac vice admission sought in this motion.

DATED: June 23, 2015

Respectfully submitted,

**Feldman Gale, P.A.**
One Biscayne Tower, Suite 3000
Two South Biscayne Boulevard
Miami, FL 33131
Telephone No. (305) 358-5001
Facsimile No. (305) 358-3309

By: _____
Gregg H. Metzger
Florida Bar No. 836850
E-Mail: gmetzger@feldmangale.com

FABIAN CLENDENIN
Gregory M. Saylin *(Pending Pro Hac Vice)*
E-Mail: gsaylin@fabianlaw.com
Tyson C. Horrocks *(Pending Pro Hac Vice)*
E-Mail: thorrocks@fabianlaw.com
215 South State Street, Suite 1200
Salt Lake City, Utah 84111-2323
Telephone: (801) 531-8900
Fax: (801) 596-2814

*Counsel for Defendants*
SLF Series G, LLC, Pompano Waterway Development, LLC, Secured Lending Fund, LLC, NA-Self, LLC, K-Bro Enterprises, LLC, ZAMA, LLC and Lee Brower

## CERTIFICATE OF SERVICE

I HEREBY certify that on June 12, 2015, I electronically filed the foregoing document with the Clerk of the Court CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

Gregg H. Metzger

### SERVICE LIST
In the Receivership of:
### HUNTER HOSPITALITY, LLC
*Ralph And Mary Lynn Dorsten, et al. v. SLF Series G, LLC, et al.*

### CASE NO. 0:15-CV-61235-BB

| | |
|---|---|
| John M. Mullin, Esq.<br>TRIPP SCOTT, P.A.<br>110 SE 6th Street, 15th Floor<br>Fort Lauderdale, FL 33301<br>Tel: (954) 525-7500<br>Fax: (954) 761-8475<br>Email: jmm@trippscott.com<br>***Counsel for Plaintiffs*** | Jordan S. Cohen, Esq.<br>Brandon J. Hechtman, Esq.<br>WICKER SMITH O'HARA MCCOY & FORD, P.A.<br>2800 Ponce De Leon Blvd, Suite 800<br>Coral Gables, FL 33134<br>Email: miacrtpleadings@wickersmith.com<br>***Counsel for Defendant, Bo Bower*** |
| Ernst J. Myers, Esq.<br>MARCUS & MYERS, P.A.<br>1515 Park Center Drive, Suite 2G<br>Orlando, FL 32835<br>Tel: (407) 447-2550<br>Fax: (407) 447-2551<br>Email: emyers@marcusmyerslaw.com<br>***Counsel for Plaintiffs*** | Ilene Michelson, Esq.<br>LAW OFFICE OF STUART R. MICHELSON<br>800 SE 3rd Avenue, 4th Floor<br>Fort Lauderdale, FL 33316<br>Email: ilenemichelson@aol.com<br>***Counsel for Hillsboro Shores Improvement Associates, Inc.*** |

| | |
|---|---|
| David A. Greene, Esq.<br>Eric A, Bevan, Esq.<br>FOX ROTHSCHILD, LLP<br>222 Lakeview Avenue, Suite 700<br>West Palm Beach, FL 33401<br>Phone: (561) 804-4441<br>Fax: (561) 835-9602<br>Email: dgreene@foxrothschild.com<br>ebevan@foxrothschild.com<br>wpbservice@foxrotschild.com<br>**Counsel for Defendant, Columbia Pacific Income Fund, I.P.L.** | Edmund O. Loos, III, Esq.<br>Chad Tamaroff, Esq.<br>GREENSPOON MARDER, P.A.<br>201 East Pine Plaza I, Suite 500<br>Orlando, FL 32801<br>Phone: (407) 425-6559<br>Fax: (407) 422-6583<br>Email: edmund.loos@gmlaw.com<br>chad.tamaroff@gmlaw.com<br>**Counsel for Westcor Land Title Insurance Co.** |
| Diana K. Carey<br>KARR TUTTLE CAMPBELL<br>701 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br>DCarey@karrtuttle.com | Marian Grace Kennady<br>VAN NEXX LAW FIRM<br>1239 E Newport Center Drive, Suite 110<br>Deerfield Beach, FL 33442<br>Email: mkennady@vanlawfl.com<br>**Counsel for SLF Series G, LLC** |
| Frances Xavier Sexton, Jr.<br>LEVINE KELLOG LEHMAN SCHNEIDER GROSSMAN<br>201 South Biscayne Blvd, 22nd Floor<br>Miami, FL 33131<br>Email: fxs@lklsg.com<br>**Counsel for SLF Series G, LLC** | Emmanuel Jacobowitz, Esquire<br>R. Bruce Johnston, Esq.<br>JOHNSTON LAWYERS<br>2701 First Avenue, Suite 340<br>Seattle, WA 98121<br>Phone: (206) 866-3230 / Fax: (206) 866-3234<br>mannyj@rbrucejohnston.com<br>bruce@rbrucejohnston.com<br>**Counsel for Pompano, LLC** |
| Worker's Development Group, LLC<br>Kim R. Davis, Esq.<br>Gregory E. Grantham, Mgr.<br>610 Newport Center Drive, Suite 620<br>Newport Beach, CA 92660<br>Email: kimdavis_esq@yahoo.com<br>granthamgreg@gmail.com | David W. Criswell<br>BALL JANIK, LLP<br>101 SW Main Street, Suite 1100<br>Portland, Oregon 97204<br>dcriswell@balljanik.com<br>Tel: (503) 944-6030<br>Fax: (503) 295-1058<br>**Counsel for Columbia Pacific Income Fund, I.L.P** |
| David Sheffield<br>801 N 500 W, Suite 200<br>Bountiful, UT 84010 | Rick Bigelow<br>801 N 500 W, Suite 200<br>Bountiful, UT 84010 |
| Koo's Sup Co.<br>c/o Jae-Kook Koo<br>2509 Ocean Drive<br>Pompano Beach, FL 33062 | Thunder Demolition, Inc.<br>ATTN: Ronny Herrera<br>7373 N.E. 3rd Court<br>Miami, Fl 33138<br>gisselle@thunderdemolition.com |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 0:15-CV-61235-BB

In the Receivership of:

HUNTER HOSPITALITY, LLC, a Wyoming
Limited Liability Company,

_____/

RALPH AND MARY LYNN DORSTEN, et al.,

        Plaintiffs,

v.

SLF SERIES G, LLC, et al.,

        Defendants.

_____/

## CERTIFICATION OF GREGORY M. SAYLIN

    Gregory M. Saylin, Esq., pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Utah Bar, Registration Number 9648.

                                                    Gregory M. Saylin

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 0:15-CV-61235-BB

In the Receivership of:

HUNTER HOSPITALITY, LLC, a Wyoming
Limited Liability Company,
_____/

RALPH AND MARY LYNN DORSTEN, et al.,

        Plaintiffs,

vs.

SLF SERIES G, LLC, et al.,

        Defendants.
_____/

### [PROPOSED] ORDER GRANTING MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Gregory M. Saylin, Esq., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the Motion and all other relevant factors, it is hereby

**ORDERED AND ADJUDGED** that:

7

The Motion is **GRANTED**. Gregory M. Saylin, Esq., may appear and participate in this action on behalf of SLF Series G, LLC, Pompano Waterway Development, LLC, Secured Lending Fund, LLC, NA-Self, LLC, K-Bro Enterprises, LLC, ZAMA, LLC and Lee Brower. The Clerk shall provide electronic notification of all electronic filings to Gregory M. Saylin, Esq., at gsaylin@fabianlaw.com.

**DONE and ORDERED** in Chambers at Miami, Florida on this ____ day of _____, 2015.

                                                                                         _____
                                                                                         BETH BLOOM
                                                                                         UNITED STATES DISTRICT JUDGE

cc: Counsel of Record