UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 0:15-CV-61235-BB

In the Receivership of:
HUNTER HOSPITALITY, LLC, a Wyoming
Limited Liability Company,
_____/

RALPH AND MARY LYNN DORSTEN, et al.,

        Plaintiffs,

v.

SLF SERIES G, LLC, et al.,

        Defendants.
_____/

**SUPPLEMENTAL MEMORANDUM CONCERNING MOTION TO TRANSFER VENUE**

As directed by the Court at the hearing held on August 19, 2015 [ECF No. 60], Defendants Lee Brower ("Lee"); SLF Series G, LLC ("Series G"); Pompano Waterway Development, LLC ("PWD"); Secured Lending Fund, LLC ("SLF"); NA-SLF, LLC ("NA-SLF"); K-Bro Enterprises LLC ("K-Bro"), and Zama, LLC ("Zama") (collectively, the "SLF Defendants"), respectfully submit this Supplemental Memorandum Concerning Motion to Transfer Venue.

On August 28, 2015, Plaintiffs filed a proposed Second Amended Complaint. The changes proposed do not entirely obviate the need for the change in venue. The individual defendants—all of whom are parties to the case filed in the United States District Court, District of Utah, Case No. 2:15-cv-00153-PMW (the "Utah Action"), and all of whom that were served raised personal jurisdiction issues—will no longer be parties to this action if the Court permits

1

the filing of the proposed Second Amended Complaint and the dismissal of the individual defendants.

As indicated in the prior briefing, these individuals held various positions with the entities that remain as defendants and may be required to testify in this case. Thus, the convenience of the witnesses and the SLF Defendants still supports a transfer of this action to the United States District Court for the District of Utah.

The SLF Defendants continue to offer a resolution to allow the part of the action that involves priorities to the proceeds for the Florida property to remain in Florida. The Category II Plaintiffs should be dismissed from this case. They can file any of their claims not already part of the Utah Action in the Utah court.

The SLF Defendants recognize that the Category I Plaintiffs are different. They allege they "own Mortgage Notes and a fractional interest in the Mortgages." (Proposed Second Amended Complaint ¶ 41, [ECF No. 65].) They are individually identified and their fractional interests set forth in the Mortgage Notes. (*See* Exhibits 7 and 8 to the proposed Second Amended Complaint [ECF No. 65-7 and 8].) Thus, they are individually in the chain of title, or the alleged chain of title.

The Category II Plaintiffs, on the other hand, "are investors who made investments in SLF Series G, and who received notes (the "Secured Notes") issued by SLF Series G. These investments funded the acquisition of the Pompano Property by SLF Series G." (Proposed Second Amended Complaint ¶ 6, [ECF No. 65].) These "Secured Notes" are not in the chain of title. Their claim is only as investors in SLF Series G. The liability of the SLF Defendants (and the individual defendants) in connection with the investments of the Category II Plaintiffs in SLF

Series G is an issue being decided in the Utah Action.[1]  The SLF Defendants continue to assert that these claims should continue in Utah; not Florida.

Finally, for reasons set forth in the briefs on file, The SLF Defendants continue to assert that Count III, which remains in the proposed Second Amended Complaint, must be dismissed as time-barred.

DATED: September 10, 2015.                    Respectfully submitted.

By:   s/ Gregg H. Metzger
Gregg H. Metzer, Fla. Bar No. 836850
Email: GMetzger@FeldmanGale.com
David M. Stahl, Fla. Bar No. 836850
Email: DStahl@FeldmanGale.com
FELDMAN GALE, P.A.
One Biscayne Tower, 30th Floor
2 South Biscayne Boulevard
Miami, Florida 33131-4332
Telephone: 305-358-5001
Facsimile: 305-358-3309
Attorneys for Moving Defendants

---

[1] Paragraph 5 of the Amended Complaint in the Utah Action [ECF No. 25-1] alleges:

> Because not all of the Fraudulent Conveyance Defendants were joined in the Broward County, Florida action, and because the Plaintiffs in that action have the right to recover from all of such Defendants in the event they are not made whole from the Broward County, Florida action, SLF Series G, LLC has been named as a Defendant in this action as well.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on September 10, 2015, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

                                                                      s/ David M. Stahl

**Service List**

John M. Mullin, Esquire
Tripp Scott, PA
110 S.E. 6th Street
15th Floor
Fort Lauderdale, FL 33301
JMM@trippscott.com
*Counsel for Receiver Jack Rader for Hunter Hospitality, LLC*

Ernest Jay Myers, Esquire
Marcus & Myers, P.A.
1515 Park Center Dr., Suite 2G
Orlando, FL 32835
emyers@marcusmyerslaw.com
*Counsel for Plaintiffs*

David A. Greene, Esquire
Fox Rothschild LLP
222 Lakeview Avenue, Suite 700
West Palm Beach, FL 33401
dgreene@foxrothschild.com
*Counsel for Columbia Pacific Income Fund I, P.L.*

Gregg Howard Metzger
Feldman Gale
2 S Biscayne Boulevard
One Biscayne Tower, 30th Floor
Miami, FL 33131-2148
gmetzger@feldmangale.com
*Counsel for Lee Brower; SLF Series G, LLC; Pompano Waterway Development, LLC; Secured Lending Fund, LLC; NA-SLF, LLC; K-Bro Enterprises, LLC; Zama, LLC*

Francis Xavier Sexton, Jr.
Levine Kellogg Lehman Schneider Grossman
201 South Biscayne Blvd.
22nd Floor
Miami, FL 33131
fxs@lklsg.com
*Counsel for SLF Series G, LLC*

Marian Grace Kennady
Van Nexx Law Firm
1239 E. Newport Center Drive
Suite 110
Deerfield Beach, FL 33442
mkennady@cfclaw.com
*Counsel for SLF Series G, LLC*

David Sheffield
801 N. 500 W
Ste. 200
Bountiful, UT 84010

Rick Bigelow
801 N. 500 W
Ste. 200
Bountiful, UT 84010

Workmen's Development Group, LLC
c/o Gregory Grantham, Mgr
610 Newport Center Drive
Suite 620
Newport Beach, CA 92660

Chad Justin Tamaroff
Greenspoon Marder, P.A.
100 W Cypress Creek Road
Suite 700
Fort Lauderdale, FL 33309
chad.tamaroff@gmlaw.com
*Counsel for Westcor Land Title Insurance Company*

Koo's Sup Co.
c/o Jae-Kook Koo
2509 N Ocean Dr
Pompano Bch, FL 33062

T Capital Partners, LLC
c/o Lee Brower
c/o Gregg Howard Metzger Feldman Gale
2 S Biscayne Boulevard
One Biscayne Tower, 30th Floor
Miami, FL 33131-2148

Private Consulting Group, Inc.
c/o Robert L. Keys, Registered Agent
1550 NW Eastman PKWY
STE 150
Gresham, OR 97030

Hillsborough, LLC
c/o Registered Agent
007 Agents, Inc.
1876 Horse Creek Road
Cheyenne, WY 28009

SLF Investment Trust
c/o Registered Agent
Northwest Registered Agent Services, Inc.
1521 Concord Pike Ste 303
Wilmington, DE 19803

EJH Enterprises, Inc.
c/o Michael Hinds, Esq.
PO Box 2244
Pearland, TX 77588

United Enterprises of South Florida, Inc.
c/o Savage, Craig D
801 Ne 167 St
N Miami, Fl 33162

Fish City Condominium Association, Inc.
2635 North Riverside Dr.
Pompano Beach, FL 33062

Case 1:15-cv-00123-JNP-DBP   Document 68   Filed 09/10/15   Page 6 of 6